RECEIVED
IN LAKE CHARLES, LA

APR 30 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| STEVEN SEDLOCK | CIVIL ACTION NO. 08-233-LC |
| | SECTION P |
| VS. | |
| | JUDGE MINALDI |
| WARDEN HENDERSON, C. PAUL PHELPS | |
| CORRECTIONAL CENTER | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that this petition for *habeas corpus* be DENIED AND DISMISSED WITH PREJUDICE because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 29 day of April, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE